USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA

            -against-

                                               10 Cr. 1082 (TPG)

ABDUL QAYUM DURRANI,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PROTECTIVE ORDER

WHEREAS, the United States of America (the "Government") seeks to provide in unredacted form certain documents pursuant to Rule 16 of the Federal Rules of Criminal Procedure;

WHEREAS, some material that the Government seeks to provide contains personal identification information of specific individuals;

WHEREAS, the Government desires to protect the confidential information contained in the materials it produces;

WHEREAS, the Government is willing, under the conditions set forth below, to produce such materials;

WHEREAS, in the interest of expediting the discovery process, ABDUL QAYUM DURRANI, the defendant, by his attorney, Lawrence Francis Ruggiero, Esq., consents to the entry of this Order;

IT IS HEREBY ORDERED, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure:

1.    Any and all material reflecting personal identification information (including, but not limited to, names, dates of birth, Social Security numbers,

telephone numbers, addresses, driver's license numbers, state identification card numbers, tax identification numbers, and bank account numbers) of persons other than the defendant that is produced by the Government in this action is deemed "Confidential Information," regardless of whether it is marked as such.

    2.    Confidential Information disclosed to the defendant or to his counsel during the course of proceedings in this action:

        (a)    Shall be used by the defendant and his counsel only for purposes of the defense of this action;

        (b)    Shall be maintained in a safe and secure manner solely by the defendant's counsel; shall not be possessed by the defendant, except in the presence of the defendant's counsel; shall not be copied or otherwise recorded by the defendant; and shall not be disclosed in any form by the defendant or his counsel except as set forth in paragraph 2(c) below;

        (c)    May be disclosed by defense counsel only to the following persons (hereinafter "Designated Persons"):

            (i)    investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by the defendant's counsel;

            (ii)    independent expert witnesses, investigators, or advisors retained by the defendant's counsel in connection with this action;

            (iii)    other witnesses or witnesses' counsel;

            (iv)    such other persons as hereafter may be authorized by the Court upon motion by the defendant or his counsel; and

2

(d) Shall be returned to the Government following the conclusion of the trial or other disposition of the above-referenced action or upon the defendant's sentencing, as the case may be, and any all copies made of said material shall be shredded, erased, and/or destroyed, as the case may be.

3. The defendant and his counsel shall provide a copy of this Order to Designated Persons to whom they disclose Confidential Information pursuant to paragraph 2(c). Prior to disclosure of Confidential Information to Designated Persons, pursuant to paragraph 2(c), any such Designated Person shall agree to be subject to the terms of this Order by signing a copy hereof, which copy shall, following the conclusion of the trial or other disposition of the above-referenced action or upon the defendant's sentencing, as the case may be, be provided by defense counsel to the Government.

4. The provisions of this Order shall not be construed as preventing the disclosure of any Confidential Information in any motion, hearing, trial, or sentencing proceeding held in connection with the above-referenced action or to any District Judge or Magistrate Judge of this Court for purposes of the above-referenced action.

5. With respect to Confidential Information, any filings with any court shall be governed by Rule 49.1 of the Federal Rules of Criminal Procedure.

AGREED TO BY:

Dated:   New York, New York
         7/31, 2012

*(signature)*
Lawrence Francis Ruggiero, Esq.
*Attorney for the Defendant*
167 East 61st. Street, Suite 17E
New York, New York 10021
Telephone: (212) 406-2910
Facsimile: (212) 759-4463

Dated:   New York, New York
         8/15, 2012

PREET BHARARA
United States Attorney

*(signature)*
Matthew L. Schwartz
Assistant United States Attorney
1 St. Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-1945
Facsimile: (212) 637-2452

SO ORDERED:

Dated:   New York, New York
         Aug. 15, 2012

*(signature)*
HON. THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

4